# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **VLADIMIR GIRFANOV #A200-045- 249** | **CASE NO. 6:18-CV-01292 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEFF SESSIONS ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** the Petitioner for Writ of Habeas Corpus be **DISMISSED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of July, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE